# Court of Appeals
# of the State of Georgia

ATLANTA,  September 02, 2015

*The Court of Appeals hereby passes the following order:*

**A15A1860. COLEMAN v. THE STATE.**

The above appeal was docketed on May 28, 2015. Appellant's brief and enumeration of errors were due within 20 days of docketing. See Court of Appeals Rule 23 (a).

As of the date of this order, appellant has neither filed a brief and enumeration of errors nor requested an extension of time in which to do so. Accordingly, pursuant to Court of Appeals Rules 7 and 23 (a), it is hereby ordered that this appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  09/02/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*